Decision Per Curiam.

---

Alexander Uedemann, Alexander L. Uedemann and Edwin O. Uedemann, partners doing business as Uedemann & Company, Plaintiffs in Error, vs. George A. Bayle, Defendant in Error.

### DIVISION B.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

*John L. Doggett,* for Plaintiffs in Error.

Memorandum Decisions.

*C. D. Rinehart* and *James F. Glen,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.